IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

NEIL DOUGLAS BERGER,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

6:18-cv-02015-SI

ORDER FOR ATTORNEY
FEES UNDER 42 U.S.C. § 406(b)

After considering Plaintiff's Unopposed Motion, Plaintiff's Motion is hereby granted as follows: Kevin Kerr is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $18.615.75, to be paid out of the claimant's past-due benefits. Plaintiff's counsel shall refund the amount of $5,660.16 already received by counsel under the Equal Access to Justice Act.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), [1] PO Box 14490, Portland, OR 97293, consistent with this order.

Dated this 16th day of September, 2021.

/s/ *Michael H. Simon*_____
Michael H. Simon
United States District Judge

_____

[1] Formerly known as Schneider Kerr & Robichaux.